IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE AARON'S INC. SECURITIES LITIGATION | CIVIL ACTION FILE NO. 1:17-CV-2270-SCJ |

## O R D E R

Pursuant to Local Rule 83.4 for the Northern District of Georgia and by direction of the Court, it is hereby **ORDERED** that Mr. Adam Wierzbowski and Ms. Brenna Nelinson, counsel for lead Plaintiffs, each be allowed to bring the following equipment to Courtroom 1907 on the 19th floor of the United States Courthouse for the purpose of presentation of evidence or perpetuation of the record during a hearing scheduled before the Honorable Steve C. Jones on **Friday, May 18, 2018** at **10:00 a.m.**:

1. One (1) cellular phone; and
2. One (1) laptop computer.

The individual(s) seeking to enter with the equipment will be required to produce proper identification upon entering the security station located at either entrance to the Richard B. Russell Federal Building.

**IT IS SO ORDERED**, this 17th day of May, 2018.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE