UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re Aaron's Inc. Securities Litigation | CIVIL ACTION FILE<br>NO. 1:17-CV-2270-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, for consideration of defendants' motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 26th day of September, 2018.

                                JAMES N. HATTEN
                                CLERK OF COURT


                        By:    s/ Bao Tran Le
                               Bao Tran Le, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 26, 2018
James N. Hatten
Clerk of Court

By:    s/ Bao Tran Le
       Deputy Clerk